No. 313.   WRIGHT v. UNITED STATES.   C. A. 8th Cir. The motion of Billie Leonard Moore to join in the petition for the writ is denied.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.   *Arthur J. Mandell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.   *Hugh Carney* was on the motion of Moore.

No. 316.   BERNSTEIN v. EMS CORPORATION.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BLACK is of the opinion certiorari should be granted.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Barent Ten Eyck* and *Victor Brudney* for petitioner.   *I. Maurice Wormser* for respondent.

No. 346.   KAMINER v. CLARK, ATTORNEY GENERAL, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   McGrath substituted as a party respondent for Clark.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.   *Jack Wasserman, Irving Jaffe, Gaspare Cusumano* and *Thomas M. Cooley, II,* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl, John R. Benney* and *Philip R. Monahan* for respondents.